IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | FILE NO.: 2:21-CV-00053-RWS |
| ALMARK HOLDINGS, INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Westfield Insurance Company and Defendant Almark Holdings, Inc., by and through their undersigned counsel, hereby inform the Court that the parties have reached a binding settlement through an amicable resolution of the claims in this case at the mediation held on November 20, 2023.  Plaintiff and Defendant are currently finalizing settlement documents and, therefore, request that the Court allow the parties 45 days to prepare such documents.  Plaintiff and Defendant request that the Court stay response deadlines for all pending motions and take no action on any pending motions.  It is the intention of Plaintiff and Defendant that on or before the conclusion of the 45 days, the parties will have executed a settlement agreement and a stipulation of dismissal will be filed.

Respectfully submitted, this 21st day of November, 2023.

| For Plaintiff: | For Defendant: |
|---|---|
| MABRY & MCCLELLAND, LLP | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. |
| */s/ Richard H. Hill, Jr.* <br> Richard H. Hill, Jr. <br> Georgia Bar No. 354422 <br> 2200 Century Parkway, NE <br> Suite 1000 <br> Atlanta, Georgia 30345 <br> Telephone: (404) 325-4800 <br> rhill@m-mlegal.com <br><br> *Attorney for Plaintiff* | */s/ Ida Sassani* <br> IDA SASSANI <br> Georgia Bar No. 755953 <br> Monarch Plaza, Suite 1500 <br> 3414 Peachtree Road NE <br> Atlanta, Georgia 30326 <br> Telephone: (404) 577-6000 <br> isassani@bakerdonelson.com <br><br> SAMUEL L. FELKER (pro hac) <br> 1600 West End Ave. Suite 2000 <br> Nashville, Tennessee 37203 <br> Telephone: (615) 726-5558 <br> samfelker@bakerdonelson.com <br><br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I certify that the foregoing complies with LR 7.1 and 5.1 as to font, spacing, and margins.  I further certify that I filed a copy of the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to the following attorney of record:

Richard H. Hill, Jr.
Mabry & McClelland, LLP
2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30345
rhill@m-mlegal.com

This 21st day of November, 2023.

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

*/s/ Ida Sassani*
IDA SASSANI
Georgia Bar No. 755953
Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
isassani@bakerdonelson.com

*Attorney for Defendant*