# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ALMARK HOLDINGS, INC., <br><br> Defendant. | Civil Action No. <br><br> 2:21-CV-53-RWS |

## ORDER

This case comes before the Court on the parties' Joint Notice of Settlement [Dkt. 50]. Therein, the parties ask the Court to allow them 45 days to prepare and execute a formal settlement agreement and stipulation of dismissal (the "Settlement Documents"), and that the Court stay all deadlines for any and all pending motions while the parties prepare and execute those Settlement Documents. [Id. at 1]. Having considered the Joint Notice of Settlement, and for good cause shown, the Court hereby **STAYS** all pending deadlines for 45 days to allow the parties to prepare, execute, and file those Settlement Documents.

**SO ORDERED** this 21st day of November, 2023.

_____
**RICHARD W. STORY**
United States District Judge