IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALMARK HOLDINGS, INC.,<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: 2:21-CV-00053-RWS |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Westfield Insurance Company and Defendant Almark Holdings, Inc., by and through their undersigned counsel, and pursuant to Fed. Rule of Civ. P. 41(a)(1)(ii), hereby DISMISS WITH PREJUDICE ALL CLAIMS, including Plaintiff's Complaint and Defendant's Counterclaim in the above-styled action.

Respectfully submitted, this 18th day of December, 2023.

| For Plaintiff: | For Defendant: |
|---|---|
| MABRY & MCCLELLAND, LLP | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. |
| */s/ Richard H. Hill, Jr.* | |
| Richard H. Hill, Jr. | */s/ Ida Sassani* |
| Georgia Bar No. 354422 | IDA SASSANI |
| 2200 Century Parkway, NE | Georgia Bar No. 755953 |
| Suite 1000 | Monarch Plaza, Suite 1500 |
| Atlanta, Georgia 30345 | 3414 Peachtree Road NE |

Telephone: (404) 325-4800
rhill@m-mlegal.com

*Attorney for Plaintiff*

Atlanta, Georgia 30326
Telephone: (404) 577-6000
isassani@bakerdonelson.com

SAMUEL L. FELKER (pro hac)
1600 West End Ave. Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5558
samfelker@bakerdonelson.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I certify that the foregoing complies with LR 7.1 and 5.1 as to font, spacing, and margins. I further certify that I filed a copy of the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to the following attorney of record:

>IDA SASSANI
>Georgia Bar No. 755953
>Monarch Plaza, Suite 1500
>3414 Peachtree Road NE
>Atlanta, Georgia 30326
>Telephone: (404) 577-6000
>isassani@bakerdonelson.com
>
>SAMUEL L. FELKER (pro hac)
>1600 West End Ave. Suite 2000
>Nashville, Tennessee 37203
>Telephone: (615) 726-5558
>samfelker@bakerdonelson.com

This 18th day of December, 2023.

>MABRY & MCCLELLAND, LLP
>
>*/s/ Richard H. Hill, Jr.*
>Richard H. Hill, Jr.
>Georgia Bar No. 354422
>2200 Century Parkway, NE
>Suite 1000
>Atlanta, Georgia 30345
>Telephone: (404) 325-4800
>rhill@m-mlegal.com
>*Attorney for Plaintiff*